**Order entered February 16, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-22-00439-CV

### HOLLY BONE-MARTIN AND BRIAN MARTIN, Appellants

### V.

### DAVID TYLER MOSS, ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

### ORDER

Before the Court is appellants' February 14, 2023 third unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than March 22, 2023. Because the brief was first due December 7, 2022, we caution that further extension requests will be disfavored.

/s/　　KEN MOLBERG
　　　　JUSTICE